Eric H. Lindquist, Bar Number 18112
HALLIDAY, WATKINS & MANN, P.C.
Attorney for Mortgage Research Center, LLC
d/b/a Veterans United Home Loans, a Missouri
Limited Liability Company
10050 Regency Circle
Suite 505
Omaha, NE 68114
Telephone: 801-355-2886
Fax: 801-328-9714
Email: ecfmail@hwmlawfirm.com
File No: IL21037

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEBRASKA OMAHA DIVISION OFFICE

| | |
|---|---|
| In re:<br><br>Daysi Adelayda Aviles aka Daysi A Aviles aka Daysi Duran aka Daysi A Martin aka Daysi Stebbins aka Daysi Aviles aka Daysi Adelayda Martin aka Daysi Martin<br><br>Debtor | Bankruptcy Case No. 24-81021-BSK<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>[Filed Electronically] |

The undersigned hereby certifies that true and correct copies of the Motion for Relief from the Automatic Stay, Notice of Objection/Resistance Deadline and Preliminary Hearing Date were mailed by first class mail, postage prepaid, or via ECF, this 15th day of April, 2025, to each of the following:

| | |
|---|---|
| Daysi Adelayda Aviles<br>2 Colona Hts<br>Colona, IL 61241<br>Debtor | Mark Bertolini<br>Via ECF<br>Debtors` Attorney |
| United States Trustee<br>Via ECF | Erin McCartney<br>Via ECF<br>Chapter 13 Trustee |

    _/s/ Eric H. Lindquist
Eric H. Lindquist
Attorney for Mortgage Research Center, LLC d/b/a
Veterans United Home Loans, a Missouri Limited
Liability Company