Eric H. Lindquist, Bar Number 18112
HALLIDAY, WATKINS & MANN, P.C.
Attorney for Mortgage Research Center, LLC
d/b/a Veterans United Home Loans, a Missouri
Limited Liability Company
10050 Regency Circle
Suite 505
Omaha, NE 68114
Telephone: 801-355-2886
Fax: 801-328-9714
Email: ecfmail@hwmlawfirm.com
File No: IL21037

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| In re:<br><br>Daysi Adelayda Aviles aka Daysi A Aviles aka Daysi Duran aka Daysi A Martin aka Daysi Stebbins aka Daysi Aviles aka Daysi Adelayda Martin aka Daysi Martin<br><br>                    Debtor. | Bankruptcy Case No. 24-81021-BSK<br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>[Filed Electronically] |
|---|---|

The undersigned hereby certifies that true and correct copy of the Order Granting Motion for Relief from the Stay was mailed by first class mail, postage prepaid, or via ECF, this 27th day of May 2025, to each of the following:

| | |
|---|---|
| Daysi Adelayda Aviles<br>6604 Seward Street<br>Omaha, NE 68104<br>Debtor | Mark Bertolini<br>Via ECF<br>Debtors` Attorney |
| Richard Martin<br>6604 Seward Street<br>Omaha, NE 68104<br>Co-Debtor | Erin McCartney<br>Via ECF<br>Chapter 13 Trustee<br><br>United States Trustee<br>Via ECF |

Daysi Adelayda Aviles
2 Colona Hts
Colona, IL 61241
Debtor

Richard Martin
2 Colona Hts
Colona, IL 61241
Co-Debtor

/s/ Eric H. Lindquist
_____
Eric H. Lindquist
Attorney for Mortgage Research Center, LLC d/b/a
Veterans United Home Loans, a Missouri Limited
Liability Company